United States District Court
Southern District of Texas
**ENTERED**
September 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CESAR CAYCHO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2246 |
| | § | |
| GREAT AMERICAN INSURANCE CO., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties filed a joint motion for a continuance of the scheduling conference, (Docket Entry No. 4 ). The motion is granted. The initial pretrial and scheduling conference is reset to **November 18, 2016, at 9:30 a.m.** The joint discovery/case management plan is due by November 4, 2016.

SIGNED on September 8, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge