IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CESAR CAYCHO | § | |
| | § | |
| | § | |
| VS. | § | C.A. NO. 4:16-cv-2246 |
| | § | |
| GREAT AMERICAN | § | |
| INSURANCE COMPANY | § | JURY DEMANDED |

## PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, **CESAR CAYCHO**, Plaintiff and **GREAT AMERICAN INSURANCE COMPANY**, Defendant in the above-entitled and number cause, and file their Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41 and respectfully show the Court as follows:

1.  The parties have reached a settlement of the disputed issues in this lawsuit. As such, they hereby enter this Stipulation of Dismissal with Prejudice. They further agree that each side shall bear its own costs.

Respectfully submitted,

**LAW OFFICE OF KEVIN R. MICHAELS, P.C.**

By: */s/ Kevin R. Michaels*
Kevin R. Michaels
State Bar No.: 00784598
888 W. Sam Houston Pkwy. S., Suite 226
Houston, Texas 77042
Telephone: 281-496-9889
Facsimile: 281-496-4211
kmichaels@michaelslaw.net

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

                                             **COOPER & SCULLY, P.C.**

By:     */s/ Fred Shuchart*
        Fred Shuchart
        State Bar No.:18316250
        815 Walker St., Suite1040
        Houston, Texas 77002
        Direct: 713.236.6810
        Phone: 713.236.6800
        Fax: 713.236.6880
        Fred.Shuchart@cooperscully.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

## CERTIFICATE OF SERVICE

     I hereby certify that on November 9, 2016, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I also certify that I emailed a copy of this document to all counsel of record.

                                             */s/ Kevin R. Michaels*
                                             Kevin R. Michaels