IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CESAR CAYCHO, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-16-2246 |
| | § |
| GREAT AMERICAN INSURANCE CO., | § |
| | § |
| Defendant. | § |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 7), this action is dismissed with prejudice.

SIGNED on November 10, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge